IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02247-BNB

DOSSIE L. HOWARD, III,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Dossie L. Howard, III, is an inmate at the Denver County Jail. He initiated this action by filing a letter with the Court on August 31, 2010.

On September 15, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Howard to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Howard was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Howard was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form, along with a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. Plaintiff was informed that the § 1915 motion and affidavit were necessary only if the $350.00 filing fee was not paid in advance. The September 15 Order warned Mr. Howard that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Howard attempted to cure the deficiencies by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. However, Mr. Howard did not file a Prisoner Complaint as directed by the September 15 Order. Therefore, Mr. Howard has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Dossie L. Howard, III, to comply with the order to cure dated September 15, 2010.

DATED at Denver, Colorado, this __22nd__ day of __October__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02247-BNB

Dossie L. Howard III
Prisoner No. 241564
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk